UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Francis Grandenetti,  
a/k/a Francis Grandinette,

Civil No. 06-2961 (DWF/AJB)

      Plaintiff,

v.

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**

Chief O'Malley, Security PCF/CCA;  
Barbara Seidl, U.T.M. PCF/CCA;  
Hoyt Brill, Warden, PCF/CCA; and  
Corrections Corporation of America (CCA)  
staff at PCF/CCA,

      Defendant.

---

Francis Grandenetti, II, *Pro Se*, Plaintiff.

---

This matter is before the Court upon Plaintiff Francis Grandenetti, II's objections to Magistrate Judge Arthur J. Boylan's Report and Recommendation dated August 29, 2006, recommending that this action be summarily dismissed without prejudice.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Plaintiff's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Plaintiff Francis Grandenetti, II's objections (Doc. No. 5) to Magistrate Judge Arthur J. Boylan's Report and Recommendation dated August 29, 2006, are **DENIED**.

2. Magistrate Judge Arthur J. Boylan's Report and Recommendation dated August 29, 2006 (Doc. No. 4), is **ADOPTED**.

3. This action is **SUMMARILY DISMISSED WITHOUT PREJUDICE**.

Dated:  October 4, 2006                    s/Donovan W. Frank
                                                  DONOVAN W. FRANK
                                                  Judge of United States District Court